IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ZAVKIBEG ASHUROV | : | NO. 11-533 |

ORDER

AND NOW, this 16th day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the renewed motion of defendant Zavkibeg Ashurov for judgment of acquittal (Doc. #46) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.